**IT IS ORDERED as set forth below:**




**Date: October 27, 2023**

Susan D. Barrett

United States Bankruptcy Judge
Southern District of Georgia

---

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Georgia**

In re: Seretta Alexis Tanksley

*Debtor(s).*

Case No.: 19-10685-SDB

Chapter: 13

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

On October 20, 2023, *Seretta Alexis Tanksley*, the Claimant, filed an Application for Payment of Unclaimed Funds. The application and the documents attached thereto establish that the Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby ORDERED that the sum of ***$1,281.26*** held in unclaimed funds be made payable to *Seretta Alexis Tanksley.* and be mailed to the payee at the following address: 3866 Mike Padgett Hwy, Lot 293 Augusta, GA 30906.

The Clerk will disburse these funds not earlier than fourteen (14) days after entry of this order.

[END OF DOCUMENT]